IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHANIE NEWMAN DURST, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>CHRYSLER LLC and EAST HILLS CHRYSLER-PLYMOUTH, INC.,<br><br>Defendants. | Civil Action Number:<br>08 CIV 6180 (DC) (KNF)<br><br> |

**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS
TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for the parties herein, that the time for defendants to answer, move or otherwise appear is extended until and including September 24, 2008.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that the defendants will not raise the affirmative defense of lack of personal jurisdiction based upon improper service.

**IT IS HERBY FURTHER STIPULATED AND AGREED**, that facsimile signatures and copies of this Stipulation and Order shall serve the same as an original and that this Stipulation and Order may be executed in counterparts.

Dated: New York, New York
August 1, 2008

1

John E. Durst, Jr.
*Digitally signed by John E. Durst, Jr.
DN: cn=John E. Durst, Jr., o=The Durst Law Firm, P.C., ou,
email=john@nynylaw.com, c=US
Date: 2008.08.01 15:13:12 -04'00'*

John E. Durst, Jr.  (JED-6544)
THE DURST LAW FIRM, P.C.
*Attorneys for Plaintiffs*
319 Broadway
New York, New York   10007
Telephone: (212) 964-1000
Facsimile: (212) 964-1400

Eric M. Kraus (EMK-3343)
Matthew J. McCauley (MM-9610)
SEDGWICK, DETERT, MORAN & ARNOLD LLP
*Attorneys for Defendant*
*Chrysler LLC*
125 Broad Street, 39th Floor
New York, New York 10004
Telephone: (212) 422-0202
Facsimile: (212) 422-0925
SDMA File No.: 0284-004246


Kerry John Katsorhis  (KJK-2676)
GINSBERG & KATSORHIS, P.C.
*Attorneys for Defendant*
*East Hills Chrysler-Plymouth, Inc.*
77-53 Main Street
Flushing, New York 11367
Telephone: 718-591-6900
Facsimile: 718-380-8039


SO ORDERED:  _____
                          Denny Chin, U.S.D.J.

2

John E. Durst, Jr. (JED-6544)
THE DURST LAW FIRM, P.C.
*Attorneys for Plaintiffs*
319 Broadway
New York, New York 10007
Telephone: (212) 964-1000
Facsimile: (212) 964-1400

Eric M. Kraus (EMK-3343)
Matthew J. McCauley (MM-9610)
SEDGWICK, DETERT, MORAN & ARNOLD LLP
*Attorneys for Defendant*
*Chrysler LLC*
125 Broad Street, 39th Floor
New York, New York 10004
Telephone: (212) 422-0202
Facsimile: (212) 422-0925
SDMA File No.: 0284-004246

_____
Kerry John Katsorhis (KJK-2676)
GINSBERG & KATSORHIS, P.C.
*Attorneys for Defendant*
*East Hills Chrysler-Plymouth, Inc.*
77-53 Main Street
Flushing, New York 11367
Telephone: 718-591-6900
Facsimile: 718-380-8039

SO ORDERED: _____
Denny Chin, U.S.D.J.
8/8/08

2