AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

STEPHANIE NEWMAN DURST, on behalf of herself and all others similarly situated,

-against-

Plaintiffs,

CHRYSLER LLC and EAST HILLS CHRYSLER-PLYMOUTH, INC.,

Defendants.

**APPEARANCE**

Case Number: 08 CIV 6180 (DC) (KNF)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

CHRYSLER LLC

I certify that I am admitted to practice in this court.

8/15/2008
Date

[Signature]
Signature

Matthew J. McCauley          MM-9610
Print Name                   Bar Number

125 Broad Street
Address

New York        New York        10004
City            State           Zip Code

(212) 422-0202               (212) 422-0925
Phone Number                 Fax Number

## CERTIFICATION OF SERVICE

I, MATTHEW J. MCCAULEY, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF APPEARANCE** was served by mail and via electronic case filing on this 15th day of August, 2008, upon the following:

>John E. Durst, Jr
>The Durst Law Firm, P.C.
>319 Broadway
>New York, New York 10007
>
>Kerry John Katsorhis
>Ginsberg & Katsorhis, P.C.
>77-53 Main Street
>Flushing, New York 11367

_____
MATTHEW J. MCCAULEY (MM-9610)

Dated:   New York, New York
         August 15, 2008