AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ NEW YORK

STEPHANIE NEWMAN DURST, on behalf of herself and all others similarly situated,

-against-

Plaintiffs,

CHRYSLER LLC and EAST HILLS CHRYSLER-PLYMOUTH, INC.,

Defendants.

**APPEARANCE**

Case Number: 08 CIV 6180 (DC) (KNF)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

CHRYSLER LLC

I certify that I am admitted to practice in this court.

_August 15, 2008_
Date

_[Signature]_
Signature

Eric M. Kraus                                EMK-3343
Print Name                                   Bar Number

125 Broad Street
Address

New York            New York            10004
City                State               Zip Code

(212) 422-0202                          (212) 422-0925
Phone Number                            Fax Number

eric.kraus@sdma.com

## CERTIFICATION OF SERVICE

I, ERIC M. KRAUS, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF APPEARANCE** was served by mail and via electronic case filing on this 18th day of August, 2008, upon the following:

> John E. Durst, Jr
> The Durst Law Firm, P.C.
> 319 Broadway
> New York, New York 10007
>
> Kerry John Katsorhis
> Ginsberg & Katsorhis, P.C.
> 77-53 Main Street
> Flushing, New York 11367

ERIC M. KRAUS (EK-3843)

Dated:   New York, New York
         August 18, 2008

NY/531119v1